UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re* BAYCOL PRODUCTS LITIGATION<br><br>This Document Relates to:<br><br><br>*Lowell Roper, et al., v. Bayer Corp., et al.*<br>    *(Plaintiff Lorenzo Anderson only)* | MDL NO. 1431<br>(MJD/SRN)<br><br><br>**ORDER**<br><br>Case No. 03-3140 |

___

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 6, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Lorenzo Anderson [Doc. No. 124] is GRANTED;

2. Plaintiff Lorenzo Anderson's action is DISMISSED WITH PREJUDICE; and

3. Plaintiff's counsel is required to pay the sum of $75.00 to Bayer Corporation within 10 days of the District Court's Order.

DATED: August 6, 2007.

             s / Michael J. Davis
             Judge Michael J. Davis
             United States District Court Judge